1
2
3
4
5
6
7
8            **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   CRAIG RICHARD,                              No.  2:21-CV-1015-KJM-DMC-P

12            Plaintiff,

13        v.                                      ORDER

14   SAETEURN, et al.,

15            Defendants.

16

17            Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 10, which the Court

19   construes as a notice of voluntary dismissal of Defendant Noriega.  Because no answer or motion

20   for summary judgment has been filed, leave of Court is not required and Defendant Noriega is

21   dismissed on Plaintiff's notice.  See Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk of the Court is

22   directed to terminate Noriega as a defendant to this case and to terminate ECF No. 10 as a

23   pending motion.

24            IT IS SO ORDERED.

25   Dated:  October 27, 2021

26                                              _____
                                                DENNIS M. COTA
27                                              UNITED STATES MAGISTRATE JUDGE

28

                                                1