**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAIG RICHARD,<br><br>  Plaintiff,<br><br>  v.<br><br>SAETEURN, et al.,<br><br>  Defendants. | No.  2:21-CV-1015-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  This matter has been set for a settlement conference before the Hon. Jeremy D. Peterson on June 21, 2022.  On the Court's own motion, the 120-day stay of proceedings imposed on January 21, 2022, is extended through the date of the settlement conference.  Plaintiff's request, ECF No. 21, for a post-screening settlement conference is granted.

IT IS SO ORDERED.

Dated:  April 15, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE